# K&L GATES

April 7, 2021

Steven L. Caponi
steven.caponi@klgates.com

T +1 302 416 7080

**VIA ELECTRONIC FILING AND HAND DELIVERY**
The Honorable Richard G. Andrews
United Stated District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

Re:    *OsteoMed LLC v. Wright Med. Tech., Inc.*, C.A. No. 20-1621-RGA

Dear Judge Andrews:

As this case will proceed regardless of venue, and because discovery issues are not venue-dependent, Plaintiff OsteoMed LLC sought to schedule a Rule 26(f) conference to adopt a discovery plan with Defendant Wright Medical Technology, Inc.  Wright Medical refused to participate in a conference, citing its pending motion to transfer (D.I. 9) and its belief that discovery in this matter should proceed in tandem with discovery in the Northern District of Illinois matter. The parties have met and conferred on this issue and are at an impasse.

OsteoMed writes seeking the Court's guidance on the parties' obligation to hold a Rule 26(f) conference and to request permission to raise this issue with the Court, if necessary, at the April 14, 2021, hearing on Wright Medical's motion.

Respectfully submitted,

*/s/ Steven L. Caponi*

Steven L. Caponi (No. 3484)

cc:    All counsel of record (via electronic filing)