# K&L GATES

May 4, 2021

**VIA ELECTRONIC FILING**
The Honorable Richard G. Andrews
United Stated District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

Steven L. Caponi
steven.caponi@klgates.com

T +1 302 416 7080

**Re:** *OsteoMed LLC v. Wright Med. Tech., Inc.*, C.A. No. 20-1621-RGA

Dear Judge Andrews:

Nearly three weeks ago, the Court denied Wright Medical's motion to transfer and directed the parties to develop a schedule that was aligned with the schedule entered in the OsteoMed/Stryker action, Case No. 1:20-cv-6821, D.I. 30. Wright Medical, however, still refuses to participate in a Rule 26(f) conference, insisting that its obligation to do so does not arise until after the Court schedules a Rule 16(b) conference.

In light of Wright Medical's refusal to meet and confer over a schedule, OsteoMed respectfully requests that the Court either (1) direct Wright Medical to meet and confer with OsteoMed pursuant to Rule 26(f) of the Federal Rules of Civil Procedure or (2) set a scheduling conference, which would set a final day for the Rule 26(f) conference.

OsteoMed apologizes for any inconvenience this request may cause the Court.

Respectfully submitted,
*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)

cc:   All counsel of record (via electronic filing)