## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

OSTEOMED LLC,

               Plaintiff,

    v.                               C.A. No. 20-1621-RGA

WRIGHT MEDICAL TECHNOLOGY, INC.,

               Defendant.

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission

*pro hac vice* of Jason A. Engel of K&L Gates LLP, 70 West Madison Street, Suite 3300, Chicago,

Illinois 60602 to represent Plaintiff OsteoMed LLC in this matter.

Dated: July 28, 2021

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi, Esq. (No. 3484)
Matthew B. Goeller, Esq. (No. 6283)
600 N. King Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 416-7080
steven.caponi@klgates.com
matthew.goeller@klgates.com

*Counsel for Plaintiff*

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Jason A.

Engel is granted.


Dated: _____        _____

United States District Judge

### <u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: July 28, 2021

/s/ Jason A. Engel
Jason A. Engel
K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60602
Phone: (312) 807-4236
Email: jason.engel@klgates.com