## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

OSTEOMED LLC,

       Plaintiff,

  v.

WRIGHT MEDICAL TECHNOLOGY, INC.,

       Defendant.

Case No. 20-1621-RGA

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on October 11, 2021, a true and correct copy of *Plaintiff's*

*Initial Infringement Contentions* was served via electronic mail upon the following:

YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Anne Shea Gaza
Samantha G. Wilson
Rodney Square
1000 North King Street
Wilmington, Delaware 19801

Dated: October 12, 2021

MCANDREWS, HELD & MALLOY, LTD.
Robert A. Surrette
Sharon A. Hwang
Scott P. McBride
Ashley M. Ratycz
500 West Madison Street, 34th Floor
Chicago, Illinois 60661

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King St., Suite 901
Wilmington, DE 19801
Telephone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com

OF COUNSEL:

Alan L. Barry
Devon C. Beane
Katherine L. Allor
Amanda C. Maxfield
K&L GATES LLP
70 W. Madison St., Suite 3300

Chicago, IL 60602
Telephone: (312) 372-1121
alan.barry@klgates.com
devon.beane@klgates.com
katy.allor@klgates.com
amanda.maxfield@klgates.com

Jacob C. Vannette
K&L GATES LLP
1601 K St. N.W.
Washington, D.C. 20006
Telephone: (202) 628-1700
jake.vannette@klgates.com

*Attorneys for Plaintiff OsteoMed LLC*

2