## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| OSTEOMED LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) C.A. No. 20-1621-RGA |
| v. | ) |
| | ) |
| WRIGHT MEDICAL TECHNOLOGY, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## <u>STIPULATION AND [PROPOSED] ORDER TO EXTEND STAY</u>

WHEREAS, on March 29, 2022, the Court stayed the above-captioned action until the issuance of Final Written Decisions ("FWD") in certain *inter partes* review proceedings filed by Defendant and Stryker Corporation ("Stryker IPRs") challenging the patents Plaintiff asserts against Defendant and against Stryker Corporation in related litigation pending in the Northern District of Illinois ("Illinois Action") (D.I. 64; D.I. 67 at 3);

WHEREAS, on March 15, 2023, the Court extended the stay until August 31, 2023 and ordered the parties to report to the Court if the stay in the Illinois Action is lifted (D.I. 68);

WHEREAS, FWDs have issued in all of the Stryker IPRs;

WHEREAS, appeals of the FWDs are pending in all of the Stryker IPRs;

WHEREAS, the FWDs have issued for certain *inter partes* review proceedings filed by Plaintiff OsteoMed LLC ("OsteoMed IPRs") challenging the patents Defendant Stryker Corporation asserts against OsteoMed LLC in the Illinois Action;

WHEREAS, the Illinois Action remains stayed; and

WHEREAS, the parties agree, subject to the approval of the Court, that a continuance of the stay in this action is appropriate pending the resolution of the parties' appeals to the Federal Circuit related to the Stryker IPRs ("IPR Appeals").

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, as follows:

1.      This action shall remain stayed until thirty (30) days after resolution of all IPR Appeals.

2.      Within ten (10) days following the resolution of all IPR Appeals, the parties shall file a joint status report setting forth their joint or competing proposal(s) for conducting the remaining litigation in this action, including without limitation whether a further stay is warranted in light of the Illinois Action.

3.      Neither party will use the fact of the other party's agreement to extend the stay as an argument against the entry of any form of equitable relief, including a permanent injunction.

Dated:  August 31, 2023

K&L GATES LLP

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King St., Suite 901
Wilmington, DE 19801
Telephone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com


Of Counsel:
Devon C. Beane
Katherine L. Allor
Amanda C. Maxfield
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60602
Telephone: (312) 372-1121
Fax: (312) 827-8000
devon.beane@klgates.com
katherine.allor@klgates.com
amanda.maxfield@klgates.com


*Counsel for Plaintiff Osteomed LLC*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Samantha G. Wilson*
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com


Of Counsel:
Robert A. Surrette
Sharon A. Hwang
Scott P. McBride
Ashley M. Ratycz
MCANDREWS, HELD &
  MALLOY, LTD
500 West Madison Street, 34th Floor
Chicago, IL 60661
(312) 775-8000
bsurrette@mcandrews-ip.com
shwang@mcandrews-ip.com
smcbride@mcandrews-ip.com
aratycz@mcandrews-ip.com


*Counsel for Defendant Wright Medical
Technology, Inc.*


SO ORDERED this  1  day of September, 2023.

/s/ Richard G. Andrews
Honorable Richard G. Andrews
United States District Court Judge

3