## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

OSTEOMED LLC,

       Plaintiff,

     v.

WRIGHT MEDICAL TECHNOLOGY, INC.,

       Defendant.

Case No. 20-1621-JLH

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, the appearances of Katherine L. Allor and Amanda C. Maxfield, formerly of K&L Gates LLP, are hereby withdrawn as counsel of record for Plaintiff OsteoMed LLC ("Plaintiff") in the above-captioned case. Plaintiff will continue to be represented by Steven Caponi, Matthew Goeller, Jason Engel, and Devon Beane of K&L Gates LLP. Plaintiff respectfully requests that the ECF Notifications for this case be updated accordingly to remove Ms. Allor and Ms. Maxfield.

Dated: February 15, 2024

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King St., Suite 901
Wilmington, DE 19801
Telephone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com

OF COUNSEL:

Jason A. Engel
Devon C. Beane
K&L GATES LLP

70 W. Madison St., Suite 3300
Chicago, IL 60602
Telephone: (312) 372-1121
jason.engel@klgates.com
devon.beane@klgates.com

*Attorneys for Plaintiff OsteoMed LLC*