IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

OSTEOMED LLC,

      Plaintiff,

    v.

WRIGHT MEDICAL TECHNOLOGY, INC.,

      Defendant.

C.A. No. 20-1621-JLH

## JOINT STATUS REPORT

Plaintiff and OsteoMed LLC ("Plaintiff") and Defendant Wright Medical Technology, Inc. ("Defendant"), through their respective undersigned counsel, provide this joint status report as requested by the Court.

Final written decisions issued in all the relevant underlying IPRs on May 4, 2026. Neither party plans to appeal these decisions and the parties are discussing an appropriate schedule for this case in view of the related Northern District of Illinois case (Civil Action No. 1:20-cv-6821). The parties are due to present a status report to the Northern District of Illinois on Monday May 18, 2026, and respectfully request that they update this Court within 5 business days of that status report.

Dated: May 14, 2026

Respectfully submitted,

/s/ Steven L. Caponi
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
**K&L GATES LLP**
600 N. King St., Suite 901
Wilmington, DE 19801
Telephone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com

*Attorneys for Plaintiff OsteoMed LLC*

/s/ Samantha G. Wilson
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
**YOUNG CONAWAY STARGATT
& TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

OF COUNSEL:

Robert A. Surrette
Scott P. McBride
**McANDREWS, HELD & MALLOY, LTD.**
500 W. Madison Street, Suite 3400
Chicago, IL 60661
(312) 775-8000
bsurrette@mcandrews-ip.com
smcbride@mcandrews-ip.com

Sharon A. Hwang
**BUCHANAN INGERSOLL & ROONEY P.C.**
150 N. Riverside Plaza, Suite 2800
Chicago, IL 60606
(312) 261-8765
Sharon.Hwang@bipc.com

*Attorneys for Defendant*
*Wright Medical Technology, Inc.*

2