IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

OSTEOMED LLC,

        Plaintiff,

    v.

WRIGHT MEDICAL TECHNOLOGY, INC.,

        Defendant.

C.A. No. 20-1621-JLH

**JOINT STATUS REPORT**

Plaintiff and OsteoMed LLC ("Plaintiff") and Defendant Wright Medical Technology, Inc. ("Defendant"), through their respective undersigned counsel, provide this joint status report as requested by the Court.

This Delaware action has been stayed since the Court entered the parties' joint stipulation to stay in March 2022 pending resolution of the *inter partes* review proceedings. (D.I. 63, 64.) Moreover, the presiding Judge at the time had previously indicated that events in this action would proceed after corresponding events in the related litigation involving OsteoMed and Stryker in the Northern District of Illinois. (*See* D.I. 27 at 17:10-12.) OsteoMed believes that, although those proceedings were originally expected to streamline or resolve overlapping issues, the passage of time, developments in the related actions, and the evolution of the accused products—particularly the alignment between the Wright and Stryker product offerings—have sharpened the overlap between the Delaware and Northern District of Illinois cases. Wright Medical is unclear what OsteoMed refers to as "the evolution of the accused products," but has always maintained that this action should be transferred to the Northern District of Illinois (including when it filed an opposed motion to transfer, D.I. 9), and consolidated with the action in which OsteoMed asserts the patents-in-suit against Stryker, Civil Action No. 1:20-cv-6821.

The parties are evaluating whether the interests of judicial economy and consistency would be better served by consolidating the dispute in a single forum. To that end, the parties are considering whether to stipulate to transfer the Delaware action to the Northern District of Illinois, where the parallel case has progressed further and can address the overlapping factual and legal issues in a unified manner.  Accordingly, the parties request 28 days (until June 23, 2026) to file a further update with this Court regarding the recommended disposition of this case.

Dated: May 26, 2026

Respectfully submitted,

*/s/ Matthew B. Goeller*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
**K&L GATES LLP**
600 N. King St., Suite 901
Wilmington, DE 19801
Telephone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com

OF COUNSEL:

Jason A. Engel
K&L GATES LLP
70 W. Madison St., Suite 3300
Chicago, IL 60602
(312) 372-1121
jason.engel@klgates.com

*Attorneys for Plaintiff OsteoMed LLC*

*/s/ Samantha G. Wilson*
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
**YOUNG CONAWAY STARGATT
& TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

OF COUNSEL:

Robert A. Surrette
Scott P. McBride
**McANDREWS, HELD & MALLOY, LTD.**
500 W. Madison Street, Suite 3400
Chicago, IL 60661
(312) 775-8000
bsurrette@mcandrews-ip.com
smcbride@mcandrews-ip.com

Sharon A. Hwang
**BUCHANAN INGERSOLL & ROONEY P.C.**
150 N. Riverside Plaza, Suite 2800
Chicago, IL 60606
(312) 261-8765
Sharon.Hwang@bipc.com

*Attorneys for Defendant
Wright Medical Technology, Inc.*

2